**No. 59184.**—The Ambriola Co., Inc., and Scalia Bros. *v.* United States, protest 203243–K and 245213–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of Pecorino (sheep's milk) cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiffs was sustained.